# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| CARL DAVID POUNDERS, ) </br> ) </br> Claimant, ) </br> ) </br> vs. ) </br> ) </br> NANCY A. BERRYHILL, Acting ) </br> Commissioner, Social Security ) </br> Administration, ) </br> ) </br> Defendant. ) | Civil Action No. 3:17-cv-0147-CLS |

## MEMORANDUM OPINION AND ORDER

The magistrate judge filed a report on June 20, 2018, recommending that this court should affirm the decision of the Commissioner of the Social Security Administration to deny claimant's claim for a period of disability, disability insurance, and supplemental security income benefits.[1] Claimant was notified of his right to file objections within fourteen days of the report and recommendation,[2] but to date, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court concludes that the Commissioner's decision was supported by substantial evidence and in accordance

---

[1] Doc. no. 11 (Report and Recommendation).
[2] *Id.* at 18-19.

with applicable legal standards. Accordingly, the magistrate judge's report is hereby **ADOPTED**, and the recommendation is **ACCEPTED**. The decision of the Commissioner is **AFFIRMED**. Costs are taxed against claimant. The Clerk is directed to close this file.

DONE this 16th day of July, 2018.

_____
United States District Judge